**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF GEORGIA**

Case number (if known): _____

Chapter you are filing under:

- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Duane**<br>First Name<br><br>**Elliott**<br>Middle Name<br><br>**Alexander**<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | **Duane**<br>First Name<br><br>_____<br>Middle Name<br><br>**Alexander**<br>Last Name | _____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – _0_ _2_ _0_ _0_<br><br>OR<br><br>9xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____<br><br>OR<br><br>9xx – xx – ____ ____ ____ ____ |
| 4. | **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and doing business as names | ☑ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>_____<br>Business name | ☐ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>_____<br>Business name |

Debtor 1    **Duane**      **Elliott**      **Alexander**      Case number (if known) _____

     First Name      Middle Name      Last Name

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

     ___ ___ ___ – ___ ___ ___ ___ ___ ___ ___      ___ ___ ___ – ___ ___ ___ ___ ___ ___ ___
     EIN                                     EIN

     ___ ___ ___ – ___ ___ ___ ___ ___ ___ ___      ___ ___ ___ – ___ ___ ___ ___ ___ ___ ___
     EIN                                       EIN

**5.**    **Where you live**                                              **If Debtor 2 lives at a different address:**

     **515 Little Creek Road SE**
     Number    Street                                        Number    Street

     **Lawrenceville**      **GA**      **30045**
     City                    State    ZIP Code                 City                    State    ZIP Code
     **Gwinnett**
     County                                              County

     **If your mailing address is different from**      **If Debtor 2's mailing address is different**
     **the one above, fill it in here.** Note that the      **from yours, fill it in here.** Note that the court
     court will send any notices to you at this      will send any notices to you at this mailing
     mailing address.      address.

     Number    Street                                        Number    Street

     P.O. Box                                          P.O. Box

     City                    State    ZIP Code                 City                    State    ZIP Code

**6.**    **Why you are choosing**      *Check one:*                                 *Check one:*
     **this district to file for**
     **bankruptcy**      ☑ Over the last 180 days before filing this      ☐ Over the last 180 days before filing this
                               petition, I have lived in this district longer      petition, I have lived in this district longer
                               than in any other district.      than in any other district.

                               ☐ I have another reason.  Explain.      ☐ I have another reason.  Explain.
                                  (See 28 U.S.C. § 1408.)              (See 28 U.S.C. § 1408.)

---

**Part 2:**    **Tell the Court About Your Bankruptcy Case**

---

**7.**    **The chapter of the**      *Check one:*  (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing
     **Bankruptcy Code you**      for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.
     **are choosing to file**
     **under**      ☐ Chapter 7

                               ☐ Chapter 11

                               ☐ Chapter 12

                               ☑ Chapter 13

| Debtor 1 | **Duane** | **Elliott** | **Alexander** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay Your Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No

☑ Yes.

| District **NDGA** _____ | When **07/31/2012** | Case number **12-68833** |
|---|---|---|
| | MM / DD / YYYY | |
| District **NDGA** _____ | When **11/05/2014** | Case number **14-72022** |
| | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| Debtor _____ | Relationship to you _____ |
|---|---|
| District _____ | When _____ | Case number, if known _____ |
| | MM / DD / YYYY | |

| Debtor _____ | Relationship to you _____ |
|---|---|
| District _____ | When _____ | Case number, if known _____ |
| | MM / DD / YYYY | |

**11. Do you rent your residence?**

☑ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.

☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it with this bankruptcy petition.

Debtor 1     **Duane**              **Elliott**           **Alexander**                    Case number (if known) _____

First Name          Middle Name          Last Name

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No. Go to Part 4.
☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

_____
Number     Street

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
City                              State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.  If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property? _____
                        Number     Street

_____
City                              State        ZIP Code

Debtor 1    **Duane**          **Elliott**          **Alexander**                          Case number (if known) _____

First Name    Middle Name    Last Name

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Duane** | **Elliott** | **Alexander** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☒ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

☒ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor 1 | **Duane** | **Elliott** | **Alexander** | Case number (if known) _____ |
|---|---|---|---|---|
|  | First Name | Middle Name | Last Name |  |

## Part 7:   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code.  I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X  **/s/ Duane Elliott Alexander**                          X  _____
Duane Elliott Alexander, Debtor 1                          Signature of Debtor 2

Executed on **03/05/2017**                                 Executed on _____
　　　　　　MM / DD / YYYY                                　　　　　　MM / DD / YYYY

Debtor 1   **Duane**          **Elliott**          **Alexander**                    Case number (if known) _____
_____   First Name        Middle Name          Last Name

**For your attorney, if you are
represented by one**

**If you are not represented by
an attorney, you do not need
to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about
eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the
relief available under each chapter for which the person is eligible.  I also certify that I have delivered to
the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies,
certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition
is incorrect.

X **/s/ Matthew T. Berry**_____     Date **03/05/2017**_____
Signature of Attorney for Debtor                                    MM / DD / YYYY

**Matthew T. Berry**_____
Printed name

**Berry & Associates**_____
Firm Name

**2751 Buford Hwy**_____
Number          Street

**Suite 600**_____

_____

**Atlanta**_____     **GA**_____     **30324**_____
City                                        State        ZIP Code

Contact phone **(404) 235-3300**_____     Email address **mberry@mattberry.com**_____

**055663**_____     _____
Bar number                                      State

**Fill in this information to identify your case and this filing:**

Debtor 1        **Duane**          **Elliott**          **Alexander**
_____
                First Name         Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name          Last Name
_____

United States Bankruptcy Court for the:  **NORTHERN DISTRICT OF GEORGIA**

Case number
(if known)   _____

☐ Check if this is an amended filing

## Official Form 106A/B

## Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ☐ No. Go to Part 2.
    ☑ Yes. Where is the property?

1.1.
**SFDD**
**515 Little Creek Road SE,**
**Lawrenceville, Georgia**

_____
County

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other  **SFDD**

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:  _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**

$129,200.00          $129,200.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Ownership Subject to Lien**

☐ Check if this is community property
(see instructions)

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................** ➔  | $129,200.00 |

### Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

    ☐ No
    ☑ Yes

Debtor 1     **Duane**             **Elliott**              **Alexander**                    Case number (if known) _____
             First Name            Middle Name              Last Name

3.1.
Make:        **Ford**

Model:       **Fusion**

Year:        **2014**

Approximate mileage: _____

Other information:

**2014 Ford Fusion**

Who has an interest in the property?
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$8,625.00** | **$8,625.00** |

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
     *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

     ☑ No
     ☐ Yes

5.   Add the dollar value of the portion you own for all of your entries from Part 2, including any
     entries for pages you have attached for Part 2. Write that number here.........................................➔    **$8,625.00**

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.   **Household goods and furnishings**
     *Examples:* Major appliances, furniture, linens, china, kitchenware

     ☐ No
     ☑ Yes. Describe.....  **HHG**                                                                    **$1,500.00**

7.   **Electronics**
     *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
     music collections; electronic devices including cell phones, cameras, media players, games

     ☑ No
     ☐ Yes.  Describe.....

8.   **Collectibles of value**
     *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
     stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

     ☑ No
     ☐ Yes.  Describe.....

9.   **Equipment for sports and hobbies**
     *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
     canoes and kayaks; carpentry tools; musical instruments

     ☑ No
     ☐ Yes.  Describe.....

10.  **Firearms**
     *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

     ☑ No
     ☐ Yes.  Describe.....

11.  **Clothes**
     *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

     ☐ No
     ☑ Yes.  Describe.....  **Clothing**                                                              **$400.00**

| Debtor 1 | Duane | Elliott | Alexander | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

   ☑ No
   ☐ Yes. Describe.....                                    _____

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses

   ☑ No
   ☐ Yes. Describe.....                                    _____

**14. Any other personal and household items you did not already list, including any health aids you did not list**

   ☑ No
   ☐ Yes. Give specific
      information.............                             _____

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here**.............................................................. ➔

| | |
|---|---|
| | **$1,900.00** |

---

## Part 4:   Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☑ No
   ☐ Yes........................................................................................... Cash: ........................    _____

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ☑ Yes...........................        Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | **Bank of America Checking** | $700.00 |
| 17.2. | Savings account: | **Bank of America savings account** | $0.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ☑ No
   ☐ Yes...........................        Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☑ No
   ☐ Yes. Give specific
      information about
      them.........................    Name of entity:                    % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ☑ No
   ☐ Yes. Give specific
      information about
      them.........................    Issuer name:

| Debtor 1 | **Duane** | **Elliott** | **Alexander** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**21.  Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes.  List each
account separately.     Type of account:         Institution name:

**22.  Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes............................            Institution name or individual:

**23.  Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................   Issuer name and description:

**24.  Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................   Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific
information about them                                                               _____

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific
information about them                                                               _____

**27.  Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes.  Give specific
information about them                                                               _____

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28.  Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information
about them, including whether
you already filed the returns
and the tax years.....................

| | | |
|---|---|---|
| Federal: | _____ | **$0.00** |
| State: | _____ | **$0.00** |
| Local: | _____ | **$0.00** |

**29.  Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes.  Give specific information

| | | |
|---|---|---|
| Alimony: | _____ | **$0.00** |
| Maintenance: | _____ | **$0.00** |
| Support: | _____ | **$0.00** |
| Divorce settlement: | _____ | **$0.00** |
| Property settlement: | _____ | **$0.00** |

| Debtor 1 | Duane | Elliott | Alexander | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information                                                        _____

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance
company of each policy
and list its value................    Company name:                    Beneficiary:              Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information                                                       _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........                                                     _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim.......                                                      _____

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information                                                       _____

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...................................................................➔    | $700.00 |

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No.  Go to Part 6.
☐ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured
claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe..                                                                      _____

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe..                                                                      _____

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe..                                                                      _____

Debtor 1    **Duane**              **Elliott**              **Alexander**                    Case number (if known) _____
            First Name              Middle Name              Last Name

**41. Inventory**

☑ No
☐ Yes.  Describe..                                                                                    _____

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:                               % of ownership:

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

    ☐ No
    ☐ Yes.  Describe.....                                                                              _____

**44. Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have
attached for Part 5.  Write that number here...................................................................... →  | **$0.00** |

---

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

                                                                        **Current value of the
                                                                        portion you own?**
                                                                        Do not deduct secured
                                                                        claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish
☑ No
☐ Yes....                                                                                              _____

**48. Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific
information...............                                                                              _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....                                                                                              _____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....                                                                                              _____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific
information...............                                                                              _____

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have
attached for Part 6.  Write that number here...................................................................... →  | **$0.00** |

| Debtor 1 | **Duane** | **Elliott** | **Alexander** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above

53.  **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

54.  **Add the dollar value of all of your entries from Part 7.  Write that number here**............................................... ➔ | **$0.00** |

## Part 8:  List the Totals of Each Part of this Form

55.  **Part 1: Total real estate, line 2**........................................................................................................... ➔    $129,200.00

56.  **Part 2: Total vehicles, line 5**                                                 $8,625.00

57.  **Part 3: Total personal and household items, line 15**                      $1,900.00

58.  **Part 4: Total financial assets, line 36**                                       $700.00

59.  **Part 5: Total business-related property, line 45**                           $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**                 $0.00

61.  **Part 7: Total other property not listed, line 54**                    +     $0.00

62.  **Total personal property.**   Add lines 56 through 61................   $11,225.00   Copy personal property total  ➔  +   $11,225.00

63.  **Total of all property on Schedule A/B.**   Add line 55 + line 62............................................................   $140,425.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Duane** | **Elliott** | **Alexander** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**SFDD**<br>**515 Little Creek Road SE,**<br>**Lawrenceville, Georgia**<br>Line from *Schedule A/B*:  **1.1** | $129,200.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(1)** |
| Brief description:<br>**2014 Ford Fusion**<br><br>Line from *Schedule A/B*:  **3.1** | $8,625.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(3)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

| Debtor 1 | **Duane** | **Elliott** | **Alexander** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **HHG**  Line from *Schedule A/B*: __6__ | $1,500.00 | ☑ $1,500.00 ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| Brief description: **Clothing**  Line from *Schedule A/B*: __11__ | $400.00 | ☑ $400.00 ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| Brief description: **Bank of America Checking**  Line from *Schedule A/B*: __17.1__ | $700.00 | ☑ $700.00 ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| Brief description: **Bank of America savings account**  Line from *Schedule A/B*: __17.2__ | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |

**Fill in this information to identify your case:**

Debtor 1  __Duane__        __Elliott__      __Alexander__
          First Name       Middle Name      Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number
(if known)  _____

☐ Check if this is an
   amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying
correct information.  If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form.
On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**

   ☐  No.  Check this box and submit this form to the court with your other schedules.  You have nothing else to report on this form.
   ☑  Yes.  Fill in all of the information below.

**Part 1:       List All Secured Claims**

2.  **List all secured claims.** If a creditor has more than one secured
    claim, list the creditor separately for each claim.  If more than one
    creditor has a particular claim, list the other creditors in Part 2.  As
    much as possible, list the claims in alphabetical order according to the
    creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

| 2.1 | Describe the property that<br>secures the claim: | $4,095.00 | $129,200.00 | $4,095.00 |
|---|---|---|---|---|

**Alcovy Falls Community Association**    **SFDD**
Creditor's name
**Georgia Community Management Inc**
Number   Street
**PO Box 2750**

_____

**Loganville        GA    30052**
City          State   ZIP Code

**Who owes the debt?**  Check one.
☑  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another
☐  **Check if this claim relates
    to a community debt**

Date debt was incurred  _____

**As of the date you file, the claim is:** Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

**Nature of lien.**  Check all that apply.
☐  An agreement you made (such as mortgage or secured car loan)
☐  Statutory lien (such as tax lien, mechanic's lien)
☐  Judgment lien from a lawsuit
☑  Other (including a right to offset)
   **HOA**

Last 4 digits of account number  ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page.  Write
that number here:

| $4,095.00 |
|---|

| Debtor 1 | **Duane** | **Elliott** | **Alexander** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.2**

**Georgia Department of Revenue**
Creditor's name
**1800 Century Blvd NE, Suite 17200**
Number     Street
**Bankruptcy Unit**

_____

**Atlanta          GA    30345**
City               State   ZIP Code

**Who owes the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

**any unencumbered property**

Column A: **$948.00**   Column B: **$948.00**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Tax Lien**

Last 4 digits of account number  ___ ___ ___ ___

---

**2.3**

**US Auto Sales**
Creditor's name
**2875 University Pkwy**
Number     Street

_____

**Lawrenceville   GA    30043**
City               State   ZIP Code

**Who owes the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

**2014 Ford Fusion**

Column A: **$20,000.00**   Column B: **$8,625.00**   Column C: **$11,375.00**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Title Lien**

Last 4 digits of account number  ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page.  Write that number here:**

**$20,948.00**

Official Form 106D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property

Debtor 1    **Duane**            **Elliott**            **Alexander**                    Case number (if known) _____
            First Name        Middle Name        Last Name

| **Part 1:** | **Additional Page** <br> After listing any entries on this page, number them sequentially from the previous page. | *Column A* <br> **Amount of claim** <br> Do not deduct the value of collateral | *Column B* <br> **Value of collateral that supports this claim** | *Column C* <br> **Unsecured portion** <br> If any |
|---|---|---|---|---|

---

**2.4**

**US Dept of Hud**
Creditor's name
**c/o Deval, LLC**
Number    Street
**1255 Corporate Drive, #300**

Describe the property that secures the claim:        | $9,466.43 | $129,200.00 | $9,466.43

**SFDD**

_____

**Irving**            **TX    75038**
City            State    ZIP Code

**Who owes the debt?    Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Second Mortgage**

Last 4 digits of account number    ___ ___ ___ ___

---

**2.5**

**Wells Fargo Bank, NA**
Creditor's name
**One Home Campus**
Number    Street
**MAC #X2302-04C**

Describe the property that secures the claim:        | $164,423.00 | $129,200.00 | $35,223.00

**SFDD**

_____

**Des Moines        IA    50328**
City            State    ZIP Code

**Who owes the debt?    Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred    **09/2008**

**arrears $70,691.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**First Mortgage**

Last 4 digits of account number    ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here:        | **$173,889.43**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:        | **$198,932.43**

Debtor 1  **Duane**          **Elliott**          **Alexander**              Case number (if known) _____
           First Name        Middle Name         Last Name

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1.  For
example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and
then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Part 1,
list the additional creditors here.  If you do not have additional persons to be notified for any debts in Part 1, do not fill out or
submit this page.

☐ 1  **Alcovy Falls Homeowner's Association**                 On which line in Part 1 did you enter the creditor?  _____
       Name
       **Georgia Community Management**                        Last 4 digits of account number    ____ ____ ____ ____
       Number       Street
       **PO Box 2750**

       _____

       **Loganville**                    **GA**   **30052**
       City                              State    ZIP Code

☐ 2  **Aldridge Connors, LTD**                                On which line in Part 1 did you enter the creditor?  _____
       Name
       **15 Piedmont Center**                                 Last 4 digits of account number    ____ ____ ____ ____
       Number       Street
       **3575 Piedmont Road, NE Ste 500**

       _____

       **Atlanta**                       **GA**   **30305**
       City                              State    ZIP Code

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Duane** | **Elliott** | **Alexander** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number
(if known) _____

☐ Check if this is an amended filing

---

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

---

### Part 1:     List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.
☑ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1**

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| | | $2,500.00 | $2,500.00 | $0.00 |

**Larina Weatherby**
Priority Creditor's Name
**c/o Gwinnett County DFACS**
Number      Street
**446 W. Crogan St**

_____

| | | |
|---|---|---|
| **Lawrenceville** | **GA** | **30046** |
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  ___  ___  ___  ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☑ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other.  Specify _____

---

Debtor 1   **Duane**          **Elliott**          **Alexander**          Case number (if known) _____
           First Name      Middle Name      Last Name

---

| **Part 1:** | **Your PRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| 2.2 | $0.00 | $0.00 | $0.00 |

**Larina Weathersby**
Priority Creditor's Name
**1303 Glenleaf Drive**
Number      Street

_____

| **Norcross** | **GA** | **30092** |
| City | State | ZIP Code |

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [x] Domestic support obligations
- [ ] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other.  Specify

---

| Debtor 1 | **Duane** | **Elliott** | **Alexander** | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐ No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑ Yes

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**

If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

### 4.1

**Capital One**
Nonpriority Creditor's Name
**Attn: General Correspondence/Bankruptcy**
Number    Street
**PO Box 30285**

**Salt Lake City        UT    84130**
City                        State    ZIP Code

**Who incurred the debt?    Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number    6  7  6  4**

**When was the debt incurred?    04/2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Credit Card**

**$915.00**

### 4.2

**ECMC**
Nonpriority Creditor's Name
**Lockbox #8682**
Number    Street
**Po Box 16478**

**St. Paul        MN    55116**
City                        State    ZIP Code

**Who incurred the debt?    Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number    ___ ___ ___ ___**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other.  Specify

**$18,367.81**

| Debtor 1 | **Duane** | **Elliott** | **Alexander** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

<div style="text-align:right">**Total claim**</div>

**4.3**

| | | $7,605.00 |
|---|---|---|

**Ecmc**
Nonpriority Creditor's Name
**Capital One Retail Srvs/Attn: Bankruptcy**
Number      Street
**PO Box 30258**

**Salt Lake City          UT      84130**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    0    0    0    3
**When was the debt incurred?**    12/2011

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other.  Specify

---

**4.4**

| | | $7,524.00 |
|---|---|---|

**Ecmc**
Nonpriority Creditor's Name
**Capital One Retail Srvs/Attn: Bankruptcy**
Number      Street
**PO Box 30258**

**Salt Lake City          UT      84130**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    0    0    0    2
**When was the debt incurred?**    12/2011

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other.  Specify

---

**4.5**

| | | $5,779.00 |
|---|---|---|

**Ecmc**
Nonpriority Creditor's Name
**Capital One Retail Srvs/Attn: Bankruptcy**
Number      Street
**PO Box 30258**

**Salt Lake City          UT      84130**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    0    0    0    4
**When was the debt incurred?**    12/2011

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other.  Specify

---

Debtor 1    **Duane**              **Elliott**              **Alexander**              Case number (if known) _____
First Name              Middle Name              Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

<table>
<tr><td></td><td style="text-align:right">**Total claim**</td></tr>
</table>

**4.6**                                                                                                    **$3,767.00**

Ecmc
Nonpriority Creditor's Name
**Capital One Retail Srvs/Attn: Bankruptcy**
Number        Street
**PO Box 30258**

_____

**Salt Lake City**        **UT**    **84130**
City                         State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **0    0    0    1**
**When was the debt incurred?**    **12/2011**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

---

**4.7**                                                                                                    **$300.00**

**First Premier**
Nonpriority Creditor's Name
**3820 N. Louise Ave.**
Number        Street

_____

**Sioux Falls**        **SD**    **57107-0415**
City                         State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

---

**4.8**                                                                                                    **$3,536.00**

**Georgia Department of Revenue**
Nonpriority Creditor's Name
**Bankruptcy Unit**
Number        Street
**1800 Century Blvd, NE, Ste 9100**

_____

**Atlanta**        **GA**    **30345**
City                         State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Taxes**

Debtor 1    **Duane**              **Elliott**              **Alexander**                    Case number (if known) _____
            First Name          Middle Name          Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.9**                                                                              **$424.00**

**Mid Am B&T Credit Card**                 Last 4 digits of account number    **6    0    5    3**
Nonpriority Creditor's Name
**PO Box 68**                              When was the debt incurred?    **04/23/2016**
Number       Street
                                           As of the date you file, the claim is: Check all that apply.
                                           ☐ Contingent
                                           ☐ Unliquidated
**Ralla**              **MO**    **65402**   ☐ Disputed
City                   State   ZIP Code
**Who incurred the debt?**   Check one.    **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                            ☐ Student loans
☐ Debtor 2 only                            ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                  that you did not report as priority claims
☐ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**  ☑ Other. Specify
                                               **Credit Card**
**Is the claim subject to offset?**
☑ No
☐ Yes

**4.10**                                                                             **$303.00**

**Optimum Outcomes, Inc**                  Last 4 digits of account number    **3    7    3    0**
Nonpriority Creditor's Name
**2651 Warrenville Rd Ste 500**            When was the debt incurred?    **07/2016**
Number       Street
**Suite 400**                              As of the date you file, the claim is: Check all that apply.
                                           ☐ Contingent
                                           ☐ Unliquidated
**Downers Grove**      **IL**    **60515**   ☑ Disputed
City                   State   ZIP Code
**Who incurred the debt?**   Check one.    **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                            ☐ Student loans
☐ Debtor 2 only                            ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                  that you did not report as priority claims
☐ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**  ☑ Other. Specify
                                               **Account**
**Is the claim subject to offset?**
☑ No
☐ Yes

**4.11**                                                                              **$0.00**

**Santander**                              Last 4 digits of account number    **1    0    0    0**
Nonpriority Creditor's Name
**Po Box 961245**                          When was the debt incurred?    **04/17/2006**
Number       Street
                                           As of the date you file, the claim is: Check all that apply.
                                           ☐ Contingent
                                           ☐ Unliquidated
**Fort Worth**         **TX**    **76161**   ☐ Disputed
City                   State   ZIP Code
**Who incurred the debt?**   Check one.    **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                            ☐ Student loans
☐ Debtor 2 only                            ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                  that you did not report as priority claims
☐ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**  ☑ Other. Specify
                                               **Account**
**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor 1 | **Duane** | **Elliott** | **Alexander** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 3:   List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Aaron Sales & Lease Ow**
Name
**309 E Paces Ferry**
Number       Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Lease**                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Atlanta**          **GA**   **30303**
City              State   ZIP Code

Last 4 digits of account number    **6   7   8   5**

---

**ADT Security Systems Inc.**
Name
**Attn: False Alarm/CRD**
Number       Street
**10550 Deerwood Park Blvd. Bldg 400**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Jacksonville**     **FL**   **32256**
City              State   ZIP Code

Last 4 digits of account number    ___   ___   ___   ___

---

**Amca/American Medical Coll Agency**
Name
**4 West Chester Plaza**
Number       Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Account**                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Elmsford**         **NY**   **10523**
City              State   ZIP Code

Last 4 digits of account number    **Q   Q   Q   Q**

---

**Aspire**
Name
**Po Box 105555**
Number       Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Atlanta**          **GA**   **30348**
City              State   ZIP Code

Last 4 digits of account number    **9   9   3   8**

---

**Aspire**
Name
**Po Box 105555**
Number       Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Atlanta**          **GA**   **30348**
City              State   ZIP Code

Last 4 digits of account number    **9   9   3   8**

---

| Debtor 1 | **Duane** | **Elliott** | **Alexander** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 3:    List Others to Be Notified About a Debt That You Already Listed -- Continuation Page

**Asset Acceptance**
Name
**Attn: Bankrupcy Dept**
Number      Street
**PO Box 2036**

**Warren**          **MI**    **48090**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

Account
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    3    5    4    2

---

**Asset Acceptance**
Name
**Attn: Bankrupcy Dept**
Number      Street
**PO Box 2036**

**Warren**          **MI**    **48090**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

Account
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    7    3    5    8

---

**Asset Acceptance Llc**
Name
**Pob 1630**
Number      Street

**Warren**          **MI**    **48090**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

Account
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    7    3    5    8

---

**Back Bowl I, LLC**
Name
**c/o Weinstein & Riley, PS**
Number      Street
**Po Box 3978**

**Seattle**          **WA**    **98124**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

Account
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___  ___  ___  ___

---

**Calvary Portfolio Services**
Name
**Attention:  Bankrutpcy Department**
Number      Street
**500 Summit Lake Dr. Suite 400**

**Valhalla**          **NY**    **10595**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

Account
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    9    3    5    1

---

**Capital 1 Bank**
Name
**Attn: General Correspondence**
Number      Street
**PO Box  30285**

**Salt Lake City**          **UT**    **84130**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

**Credit Card**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    9    6    4    7

Debtor 1    **Duane**            **Elliott**            **Alexander**                    Case number (if known) _____
　　　　　First Name        Middle Name        Last Name

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Capital One Auto Finance**
Name
**3905 N Dallas Pkwy**
Number        Street


**Plano**                **TX**    **75093**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Account**                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __1__ __0__ __0__ __1__

---

**Capital One, N.a.**
Name
**Capital One Bank (USA) N.A.**
Number        Street
**PO Box 30285**


**Salt Lake City**        **UT**    **84130**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __9__ __6__ __4__ __7__

---

**Cavalry Portfolio Service, LLC**
Name
**500 Summit Lake Drive**
Number        Street
**Ste 400**


**Valhalla**            **NY**    **10595**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Account**                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Chase**
Name
**P.o. Box 15298**
Number        Street


**Wilmington**            **DE**    **19850**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __7__ __4__ __1__ __8__

---

**Chase**
Name
**P.o. Box 15298**
Number        Street


**Wilmington**            **DE**    **19850**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __7__ __6__ __8__ __3__

---

**Chase Bank USA, NA**
Name
**7322 SW Freeway, Ste 1600**
Number        Street


**Houston**            **TX**    **77074-2053**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Account**                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

Debtor 1   **Duane**          **Elliott**          **Alexander**                    Case number (if known) _____
           First Name         Middle Name          Last Name

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**Chela/Sallie Mae**
Name
**Attn: Claims Department**
Number      Street
**PO Box 9500**

**Wilkes-Barre**          **PA**      **18773**
City                      State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Educational**                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0   8   0   1**

---

**Child Support Enforcement/DCSS**
Name
**Gwinnett County Branch**
Number      Street
**1000 Hurricane Shoals Road, NE Bldg A-10**

**Lawrenceville**         **GA**      **30043-4826**
City                      State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Child Support**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Choice One Dental Care**
Name
**1930 Buford Mill Drive**
Number      Street
**Suite F**

**Buford**                **GA**      **30519**
City                      State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Medical Services**             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Citibank Sd, Na**
Name
**Attn: Centralized Bankruptcy**
Number      Street
**PO Box 20507**

**Kansas City**           **MO**      **64195**
City                      State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **6   7   0   5**

---

**Citibank Usa**
Name
**Citicorp Credit Services/Attn:Centralize**
Number      Street
**PO Box 20507**

**Kansas City**           **MO**      **64195**
City                      State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **6   2   8   9**

---

**Citibank Usa**
Name
**CITICORP CREDIT SERVICES/ATTN: CENTRALI**
Number      Street
**PO Box 20363**

**Kansas City**           **MO**      **64195**
City                      State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **6   2   8   9**

---

Debtor 1 __Duane__ __Elliott__ __Alexander__    Case number (if known) _____
     First Name     Middle Name     Last Name

## Part 3:  List Others to Be Notified About a Debt That You Already Listed -- Continuation Page

__Citibank/The Home Depot__
Name
__Citicorp Cr Srvs/Centralized Bankruptcy__
Number    Street
__PO Box 790040__

__S Louis__    __MO__    __63129__
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):
__Charge Account__

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __6__  __2__  __8__  __9__

---

__Citifinancial__
Name
__605 Munn Road__
Number    Street

__Fort Mill__    __SC__    __29715__
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):
__Account__

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __0__  __6__  __6__  __5__

---

__Citifinancial__
Name
__300 Saint Paul Pl__
Number    Street

__Baltimore__    __MD__    __21202__
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):
__Account__

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __6__  __4__  __1__  __7__

---

__Citifinancial__
Name
__300 Saint Paul Pl__
Number    Street

__Baltimore__    __MD__    __21202__
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):
__Account__

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __0__  __6__  __6__  __5__

---

__Citifinancial__
Name
__PO Box 499__
Number    Street

__Hanover__    __MD__    __21076-0499__
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):
__Account__

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __6__  __4__  __1__  __7__

---

__Convergent Outsourcing__
Name
__PO Box 9007__
Number    Street

__Renton__    __WA__    __98057__
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

Debtor 1    **Duane**            **Elliott**            **Alexander**                Case number (if known) _____
    First Name         Middle Name         Last Name

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

---

**Credit One Bank**
Name
**PO Box 98873**
Number    Street

**Las Vegas**            **NV**    **89193**
City         State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __1__  __6__  __2__  __7__

---

**Dept Stores National Bank/Macys**
Name
**c/o NCO Financial Systems, Inc**
Number    Street
**Po Box 4275**

**Norcross**            **GA**    **30091**
City         State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ____  ____  ____  ____

---

**Dsnb Macys**
Name
**Po Box 8218**
Number    Street

**Mason**            **OH**    **45040**
City         State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __2__  __0__  __2__  __0__

---

**Dsnb Macys**
Name
**9111 Duke Blvd**
Number    Street

**Mason**            **OH**    **45040**
City         State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __2__  __0__  __2__  __0__

---

**Ecmc**
Name
**PO Box 64909**
Number    Street

**St. Paul**            **MN**    **55164**
City         State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Educational**                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __0__  __0__  __0__  __3__

---

**Enhanced Recovery Corp**
Name
**Attention: Client Services**
Number    Street
**8014 Bayberry Rd**

**Jacksonville**            **FL**    **32256**
City         State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Account**                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __8__  __8__  __0__  __5__

---

Debtor 1   **Duane**          **Elliott**          **Alexander**          Case number (if known) _____
           First Name         Middle Name          Last Name

| **Part 3:** | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Fac/nab**
Name
**Attn: ABK Unit**
Number      Street
**PO Box 198988**

| **Nashville** | **TN** | **37219** |
|---|---|---|
| City | State | ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*

**Account**

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __3__ __1__ __9__ __3__

---

**Family Practice Clinic P.C.**
Name
**696 Grayson Hwy**
Number      Street

| **Lawrenceville** | **GA** | **30046** |
|---|---|---|
| City | State | ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**First Premier Bank**
Name
**601 S Minnesota Ave**
Number      Street

| **Sioux Falls** | **SD** | **57104** |
|---|---|---|
| City | State | ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*

**Credit Card**

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __6__ __6__ __8__ __9__

---

**First Premier Bank**
Name
**601 S Minnesota Ave**
Number      Street

| **Sioux Falls** | **SD** | **57104** |
|---|---|---|
| City | State | ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*

**Credit Card**

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __6__ __6__ __8__ __9__

---

**First Premier Bank**
Name
**3820 N Louise Ave**
Number      Street

| **Sioux Falls** | **SD** | **57107** |
|---|---|---|
| City | State | ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*

**Credit Card**

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __1__ __1__ __3__ __1__

---

**Fst Premier**
Name
**601 S Minneapolis Ave**
Number      Street

| **Sioux Falls** | **SD** | **57104** |
|---|---|---|
| City | State | ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*

**Credit Card**

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __5__ __9__ __5__ __4__

---

Debtor 1   **Duane**          **Elliott**          **Alexander**          Case number (if known) _____
First Name       Middle Name       Last Name

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Gemb/walmart**
Name
**Attn: Bankruptcy**
Number     Street
**PO Box 103104**

**Roswell**          **GA**    **30076**
City               State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
**Charge Account**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __5__ __4__ __3__ __3__

**Gemb/walmart**
Name
**Attn: Bankruptcy**
Number     Street
**PO Box 103104**

**Roswell**          **GA**    **30076**
City               State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
**Charge Account**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __5__ __4__ __3__ __3__

**Gwinnett County Tax Commissioner**
Name
**PO Box 372**
Number     Street

**Lawrenceville**       **GA**    **30046**
City               State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
**Taxes**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**Gwinnett Hospital System**
Name
**Po Box 116228**
Number     Street

**Atlanta**          **GA**    **30368-6228**
City               State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
**Medical Services**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**Gwinnett Medical Center**
Name
**PO Box 116228**
Number     Street

**Atlanta**          **GA**    **30368**
City               State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
**Medical Services**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**Gwinnett Surgical Associates**
Name
**600 Professional Drive, Ste 250**
Number     Street

**Lawrenceville**       **GA**    **30045**
City               State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
**Medical Services**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

| Debtor 1 | **Duane** | **Elliott** | **Alexander** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<table>
<tr><td>

**Part 3:**   List Others to Be Notified About a Debt That You Already Listed -- Continuation Page

</td></tr>
</table>

---

**HSBC Auto Finance / Santander**
Name
**Santander Consumer USA**
Number     Street
**PO Box 961245**

| | | |
|---|---|---|
| **Fort Worth** | **TX** | **76161** |
| City | State | ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
**Account**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **0   2   3   4**

---

**HSBC Auto Finance / Santander**
Name
**Santander Consumer USA**
Number     Street
**PO Box 961245**

| | | |
|---|---|---|
| **Fort Worth** | **TX** | **76161** |
| City | State | ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
**Account**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **0   2   3   4**

---

**Hsbc Bank**
Name
**Po Box 5253**
Number     Street

| | | |
|---|---|---|
| **Carol Stream** | **IL** | **60197** |
| City | State | ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
**Credit Card**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **3   9   8   2**

---

**Hsbc Bank**
Name
**Po Box 5253**
Number     Street

| | | |
|---|---|---|
| **Carol Stream** | **IL** | **60197** |
| City | State | ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
**Credit Card**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **9   6   8   6**

---

**IC System**
Name
**Attn: Bankruptcy**
Number     Street
**444 Highway 96 East; PO Box 64378**

| | | |
|---|---|---|
| **St. Paul** | **MN** | **55164** |
| City | State | ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
**Account**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **2   0   0   1**

---

**Ic Systems Inc**
Name
**PO Box 64378**
Number     Street

| | | |
|---|---|---|
| **St. Paul** | **MN** | **55164** |
| City | State | ZIP Code |

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
**Account**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **2   0   0   1**

---

Debtor 1   **Duane**                 **Elliott**                 **Alexander**                 Case number (if known) _____
            First Name          Middle Name          Last Name

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**IC Systems, Inc**
Name
**444 Highway 96 East**
Number          Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
Account                          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**St Paul**               **MN**    **55127**
City                      State    ZIP Code

Last 4 digits of account number   __2__ __0__ __0__ __1__

---

**Insolve Recovery, LLC**
Name
**c/o Capital Recovery Group, LLC**
Number          Street
**Po Box 123203**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
Account                          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Dallas**                **TX**    **75312**
City                      State    ZIP Code

Last 4 digits of account number   ___ ___ ___ ___

---

**Internal Revenue Service**
Name
**PO Box 7317**
Number          Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
Account                          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Philadelphia**          **PA**    **19101-7317**
City                      State    ZIP Code

Last 4 digits of account number   ___ ___ ___ ___

---

**Jefferson Capital**
Name
**16 McLeland Rd**
Number          Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
Account                          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Saint Cloud**           **MN**    **56303**
City                      State    ZIP Code

Last 4 digits of account number   __5__ __0__ __0__ __3__

---

**Jefferson Capital**
Name
**16 McLeland Rd**
Number          Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
Account                          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Saint Cloud**           **MN**    **56303**
City                      State    ZIP Code

Last 4 digits of account number   __3__ __0__ __0__ __3__

---

**Jefferson Capital Systems, LLC**
Name
**Po Box 953185**
Number          Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
Account                          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**St. Louis**             **MO**    **63195**
City                      State    ZIP Code

Last 4 digits of account number   ___ ___ ___ ___

---

| Debtor 1 | **Duane** | **Elliott** | **Alexander** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 3:    List Others to Be Notified About a Debt That You Already Listed -- Continuation Page

---

**Jefferson Capital Systems, LLC**
Name
**Po Box 953185**
Number        Street

**St. Louis**        **MO**    **63195**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
Account
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Kroger Check Recovery Center**
Name
**PO Box 30650**
Number        Street

**Salt Lake City**        **UT**    **84130-0650**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
Account
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Lab Corp of America Holdings**
Name
**PO Box 2240**
Number        Street

**Burlington**        **NC**    **27216-2240**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
**Medical Services**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Lvnv Funding Llc**
Name
**Po Box 740281**
Number        Street

**Houston**        **TX**    **77274**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
Account
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _1_ _6_ _2_ _7_

---

**Mabt/contfin**
Name
**121 Continental Dr Ste 1**
Number        Street

**Newark**        **DE**    **19713**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
**Credit Card**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _5_ _6_ _2_ _1_

---

**Med Data Sys**
Name
**2001 19th Ave Suite 312**
Number        Street

**Vero Beach**        **FL**    **32960**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
Account
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _8_ _4_ _6_ _3_

---

Debtor 1   **Duane**          **Elliott**          **Alexander**          Case number (if known) _____
          First Name        Middle Name          Last Name

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**Pawn Mart**
Name
**7471 HWY 85 STE C and D**
Number     Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
**Account**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Riverdale**          **GA**   **30274**
City                State   ZIP Code

Last 4 digits of account number    __ __ __ __

**Portfolio Recovery Associates, LLC**
Name
**Po Box 12914**
Number     Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
**Account**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Norfolk**          **VA**   **23541**
City                State   ZIP Code

Last 4 digits of account number    __ __ __ __

**Sallie Mae**
Name
**Attn: Navient**
Number     Street
**PO Box 9500**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
**Educational**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Wilkes-Barr**          **PA**   **18873**
City                State   ZIP Code

Last 4 digits of account number    0  8  1  0

**Santander Consumer Usa**
Name
**Po Box 961245**
Number     Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Ft Worth**          **TX**   **76161**
City                State   ZIP Code

Last 4 digits of account number    1  0  0  0

**SDCCBS 01**
Name
**PO Box 1022**
Number     Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
**Account**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Wixom**          **MI**   **48393-1022**
City                State   ZIP Code

Last 4 digits of account number    __ __ __ __

**Sherwin P. Robin**
Name
**PO Box 9541**
Number     Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Savannah**          **GA**   **31412-9541**
City                State   ZIP Code

Last 4 digits of account number    __ __ __ __

Debtor 1 __Duane_____ __Elliott_____ __Alexander_____   Case number (if known) _____
        First Name        Middle Name        Last Name

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

---

**Slm Financial Corp**
Name
**Po Box 9500**
Number    Street

**Wilkes Barre**    **PA**    **18773**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Educational**    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __0__ __7__ __3__ __0__

---

**Synchrony Bank/Walmart**
Name
**Attn: Bankruptcy**
Number    Street
**PO Box 956060**

**Orlando**    **FL**    **32896**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __5__ __4__ __3__ __3__

---

**The Cash Line**
Name
**2 Pennsway**
Number    Street
**Ste #40**

**New Castle**    **DE**    **19720**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Account**    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**Verve**
Name
**PO Box 31292**
Number    Street

**Tampa**    **FL**    **33631-3292**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Account**    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**Visa Dept Store National Bank/Macy's**
Name
**Attn: Bankruptcy**
Number    Street
**PO Box 8053**

**Mason**    **OH**    **45040**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __3__ __1__ __2__ __0__

---

**Wells Fargo**
Name
**PO Box 98751**
Number    Street

**Las Vegas**    **NV**    **89193-8751**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Account**    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

Debtor 1    **Duane**          **Elliott**          **Alexander**          Case number (if known) _____
            First Name        Middle Name         Last Name

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**Wells Fargo Hm Mortgag**
Name
**8480 Stagecoach Cir**
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
**Account**                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Frederick**          **MD**   **21701**
City                   State    ZIP Code

Last 4 digits of account number   __4__  __3__  __8__  __2__

---

**Wells Fargo Hm Mortgag**
Name
**8480 Stagecoach Cir**
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
**Account**                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Frederick**          **MD**   **21701**
City                   State    ZIP Code

Last 4 digits of account number   __4__  __3__  __8__  __2__

---

**Wells Fargo Home Mortgage**
Name
**Po Box 10368**
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Des Moines**         **IA**   **50306-0368**
City                   State    ZIP Code

Last 4 digits of account number   ___  ___  ___  ___

---

**White Hills Cash**
Name
**5781 W. Sunrise Blvd.**
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
**Account**                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Plantation**         **FL**   **33313**
City                   State    ZIP Code

Last 4 digits of account number   ___  ___  ___  ___

---

**Zale/Sterling Jewelers**
Name
**Attn.: Bankruptcy**
Number      Street
**PO Box 1799**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Akron**              **OH**   **43309**
City                   State    ZIP Code

Last 4 digits of account number   __6__  __9__  __7__  __8__

---

| Debtor 1 | **Duane** | **Elliott** | **Alexander** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

**6.**  **Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only. 28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.**

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$2,500.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. **+** | **$0.00** |
| | 6e. | **Total.**  Add lines 6a through 6d. | 6d. | **$2,500.00** |

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$43,042.81** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. **+** | **$5,478.00** |
| | 6j. | **Total.**  Add lines 6f through 6i. | 6j. | **$48,520.81** |

| **Fill in this information to identify your case:** | | |
|---|---|---|
| Debtor 1 | **Duane**      **Elliott**      **Alexander** | |
| | First Name      Middle Name      Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) | First Name      Middle Name      Last Name | |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA** | | |
| Case number (if known) | _____ | |

☐ Check if this is an amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease**          **State what the contract or lease is for**

| Fill in this information to identify your case: |
|---|

| Debtor 1 | __Duane__ | __Elliott__ | __Alexander__ |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number
(if known) _____

☐ Check if this is an
   amended filing

## Official Form 106H

## Schedule H: Your Codebtors

12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1.  **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)

    ☑ No
    ☐ Yes

2.  **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

    ☑ No.  Go to line 3.
    ☐ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?

       ☐ No
       ☐ Yes

3.  **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Duane** | **Elliott** | **Alexander** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** | | | |
| Case number (if known) | | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

**1.  Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Technician | |
| **Employer's name** | Thermo Pac | |
| **Employer's address** | 1609 Stone Ridge Dr | |
| | Number   Street | Number   Street |
| | | |
| | Stone Mountain    GA    30083 | |
| | City              State  Zip Code | City              State  Zip Code |
| **How long employed there?** | 2 months | |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$6,596.00** | |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | **$6,596.00** | |

Debtor 1   **Duane**            **Elliott**            **Alexander**                    Case number (if known) _____
      First Name        Middle Name        Last Name

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ............................................................... ➔ | 4. | $6,596.00 | _____ |
| **5.** | List all payroll deductions: | | | |
| | **5a.** Tax, Medicare, and Social Security deductions | 5a. | $1,418.00 | _____ |
| | **5b.** Mandatory contributions for retirement plans | 5b. | $0.00 | _____ |
| | **5c.** Voluntary contributions for retirement plans | 5c. | $0.00 | _____ |
| | **5d.** Required repayments of retirement fund loans | 5d. | $0.00 | _____ |
| | **5e.** Insurance | 5e. | $0.00 | _____ |
| | **5f.** Domestic support obligations | 5f. | $0.00 | _____ |
| | **5g.** Union dues | 5g. | $0.00 | _____ |
| | **5h.** Other deductions.<br>    Specify: _____ | 5h.+ | $0.00 | _____ |
| **6.** | **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $1,418.00 | _____ |
| **7.** | **Calculate total monthly take-home pay.**   Subtract line 6 from line 4. | 7. | $5,178.00 | _____ |
| **8.** | List all other income regularly received: | | | |
| | **8a.** Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | _____ |
| |     Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | **8b.** Interest and dividends | 8b. | $0.00 | _____ |
| | **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | _____ |
| |     Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | **8d.** Unemployment compensation | 8d. | $0.00 | _____ |
| | **8e.** Social Security | 8e. | $0.00 | _____ |
| | **8f.** Other government assistance that you regularly receive | | | |
| |     Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>    Specify: _____ | 8f. | $0.00 | _____ |
| | **8g.** Pension or retirement income | 8g. | $0.00 | _____ |
| | **8h.** Other monthly income.<br>    Specify: _____ | 8h.+ | $0.00 | _____ |
| **9.** | **Add all other income.**   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 | _____ |
| **10.** | **Calculate monthly income.**   Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $5,178.00  + | _____  = | $5,178.00 |
| **11.** | **State all other regular contributions to the expenses that you list in Schedule J.**<br>Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.<br><br>Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.<br>Specify: _____ | 11. + | | $0.00 |
| **12.** | **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies. | 12. | | $5,178.00 <br>**Combined monthly income** |

**13.**  Do you expect an increase or decrease within the year after you file this form?

☑ No.

☐ Yes. Explain:

> None.

**Fill in this information to identify your case:**

| Debtor 1 | **Duane** | **Elliott** | **Alexander** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number (if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☑ No

   ☐ Yes. Fill out this information for each dependent....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $1,075.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | |
| 4b. Property, homeowner's, or renter's insurance | 4b. | |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $100.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $58.00 |

Debtor 1    **Duane**                **Elliott**                **Alexander**                    Case number (if known)    _____
             First Name                Middle Name                Last Name

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | _____ |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | **$295.00** |
| | 6b.  Water, sewer, garbage collection | 6b. | **$225.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$125.00** |
| | 6d.  Other. Specify:  __Cell Phone__ | 6d. | **$100.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$295.00** |
| 8. | **Childcare and children's education costs** | 8. | _____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$80.00** |
| 10. | **Personal care products and services** | 10. | **$65.00** |
| 11. | **Medical and dental expenses** | 11. | **$50.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$290.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | _____ |
| 14. | **Charitable contributions and religious donations** | 14. | _____ |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | _____ |
| | 15b.  Health insurance | 15b. | _____ |
| | 15c.  Vehicle insurance | 15c. | **$120.00** |
| | 15d.  Other insurance. Specify: _____ | 15d. | _____ |
| 16. | **Taxes.**   Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | _____ |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | _____ |
| | 17b.  Car payments for Vehicle 2 | 17b. | _____ |
| | 17c.  Other. Specify: _____ | 17c. | _____ |
| | 17d.  Other. Specify: _____ | 17d. | _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** **Child Support** | 18. | **$270.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | _____ |

Debtor 1    **Duane**            **Elliott**            **Alexander**                Case number (if known) _____
       First Name           Middle Name         Last Name

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | _____ |
| 20b. | Real estate taxes | 20b. | _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | _____ |
| 20e. | Homeowner's association or condominium dues | 20e. | _____ |

**21.** **Other.** Specify: **Grooming** _____    21.   +_____ **$55.00**

**22.** **Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$3,203.00** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | _____ |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. | **$3,203.00** |

**23.** **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$5,178.00** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. − | **$3,203.00** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **$1,975.00** |

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  Explain here:
        **None.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Duane** | **Elliott** | **Alexander** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information       12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.**

## Part 1:       Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| **1.** *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.......................................................... | **$129,200.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B............................................... | **$11,225.00** |
| 1c. Copy line 63, Total of all property on Schedule A/B......................................................... | **$140,425.00** |

## Part 2:       Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| **2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$198,932.43** |
| **3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................................... | **$2,500.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F........................... **+** | **$48,520.81** |
| **Your total liabilities** | **$249,953.24** |

## Part 3:       Summarize Your Income and Expenses

| | |
|---|---|
| **4.** *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I................................................................ | **$5,178.00** |
| **5.** *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J........................................................................ | **$3,203.00** |

| Debtor 1 | **Duane** | **Elliott** | **Alexander** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4:   Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑  Yes

7.  **What kind of debt do you have?**

☑  **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐  **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.  From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.          **$3,035.17**

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

| | | Total claim |
|---|---|---|
| From Part 4 on *Schedule E/F,* copy the following: | | |
| 9a. | Domestic support obligations.  (Copy line 6a.) | **$2,500.00** |
| 9b. | Taxes and certain other debts you owe the government.  (Copy line 6b.) | **$0.00** |
| 9c. | Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | **$0.00** |
| 9d. | Student loans.  (Copy line 6f.) | **$43,042.81** |
| 9e. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | **$0.00** |
| 9f. | Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | **+**  **$0.00** |
| 9g. | **Total.**  Add lines 9a through 9f. | **$45,542.81** |

| Fill in this information to identify your case: |
| --- |

| Debtor 1 | **Duane** | **Elliott** | **Alexander** |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
| --- | --- | --- | --- |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Duane Elliott Alexander** _____        X _____

Duane Elliott Alexander, Debtor 1                         Signature of Debtor 2

Date **03/05/2017** _____                              Date _____
MM / DD / YYYY                                                   MM / DD / YYYY

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Duane** | **Elliott** | **Alexander** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy                04/16

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

1. **What is your current marital status?**
   ☐ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | Duane | Elliott | Alexander | | Case number (if known) _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 2:**   **Explain the Sources of Your Income**

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | **$7,810.00** | ☐ Wages, commissions, bonuses, tips | _____ |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:**<br><br>(January 1 to December 31, __2016__ )<br>　　　　　　　　　　　　　YYYY | ☑ Wages, commissions, bonuses, tips | **$11,000.00** | ☐ Wages, commissions, bonuses, tips | _____ |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br><br>(January 1 to December 31, __2015__ )<br>　　　　　　　　　　　　　YYYY | ☑ Wages, commissions, bonuses, tips | **$15,000.00** | ☐ Wages, commissions, bonuses, tips | _____ |
| | ☐ Operating a business | | ☐ Operating a business | |

**5.   Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No
☐ Yes. Fill in the details.

| Debtor 1 | **Duane** | **Elliott** | **Alexander** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy

**6.**   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐   No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**   *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐   No.   Go to line 7.

☐   Yes.   List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor.   Do not include payments for domestic support obligations, such as child support and alimony.   Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑   Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑   No.   Go to line 7.

☐   Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.   Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

**7.**   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.   11 U.S.C. § 101.   Include payments for domestic support obligations such as child support and alimony.

☑   No
☐   Yes.   List all payments to an insider.

**8.**   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑   No
☐   Yes.   List all payments that benefited an insider.

## Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

**9.**   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☑   No
☐   Yes.   Fill in the details.

| Debtor 1 | **Duane** | **Elliott** | **Alexander** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No.  Go to line 11.
☐ Yes.  Fill in the information below.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes.  Fill in the details.

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

| **Part 5:** | **List Certain Gifts and Contributions** |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes.  Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes.  Fill in the details for each gift or contribution.

| **Part 6:** | **List Certain Losses** |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes.  Fill in the details.

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes.  Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Allen Credit & Debt Counseling** | $25 by Berry & Associates on behalf of debtor | | |
| Person Who Was Paid | | **3/2/17** | **$25.00** |
| | | | |
| Number     Street | | | |
| | | | |
| City            State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

| Debtor 1 | **Duane** | **Elliott** | **Alexander** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

---

**Part 8:** **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

---

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

**21.** **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

**22.** **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

---

**Part 9:** **Identify Property You Hold or Control for Someone Else**

---

**23.** **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| Debtor 1 | **Duane** | **Elliott** | **Alexander** | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

## Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No
    ☐ Yes.  Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

    ☒ No
    ☐ Yes.  Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

    ☒ No
    ☐ Yes.  Fill in the details.

---

## Part 11:   Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
    ☐ A partner in a partnership
    ☐ An officer, director, or managing executive of a corporation
    ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☒ No.  None of the above applies.  Go to Part 12.
    ☐ Yes.  Check all that apply above and fill in the details below for each business.

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

    ☐ No
    ☐ Yes.  Fill in the details below.

| Debtor 1 | **Duane** | **Elliott** | **Alexander** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury
that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or
property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years,
or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.


X **/s/ Duane Elliott Alexander**                    X _____

Duane Elliott Alexander, Debtor 1                 Signature of Debtor 2

Date    **03/05/2017**                          Date  _____


**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes


**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____      Attach the  *Bankruptcy Petition Preparer's Notice,*
*Declaration, and Signature*  (Official Form 119).

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

In re  **Duane Elliott Alexander**                                 Case No.  _____

                                                                    Chapter    **13**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept..................................................................    **$4,000.00**

Prior to the filing of this statement I have received......................................................    **$0.00**

Balance Due...............................................................................................................    **$4,000.00**

2. The source of the compensation paid to me was:

   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor            ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d.  [Other provisions as needed]

   **Stop creditor actions against client
   Pre confirmation Motion to Extend of Impose Stay
   Response to Pre-Confirmation Motion for Relief from Stay
   Employer Deduction Order
   Lien Avoidances necessary to confirm Plan
   Modification necessary to confirm Plan
   Objections to claims necessary to confirm Plan
   Objections to late-filed claims
   Bar Date review of claims, filing of certification and resulting pleadings
   Change of Address**

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Motion to Retain ($450)**
   **Amend or Modify schedules ($300)**
   **Plan Modification ($300)**
   **Lien Avoidance ($300)**
   **Objection to Claim ($350)**
   **Resolving Motion for Relief from Stay ($450)**
   **Motion to Suspend of Excuse Plan Payments ($350)**
   **Motion to Sell Property ($500)**
   **Motion to Compromise Claim ($500)**
   **Application to Employ Professional ($400)**
   **Motion to Refinance Property or Motion to Incur ($500)**
   **Resolving Motions to Dismiss ($350)**
   **Resolving Creditor or Trustee Motions to Modify Plan ($150)**
   **Motion to Sever or Dismiss as to one joint Debtor ($300)**
   **Motion to Reopen or to Vacate Dismissal Order ($500)**
   **Motion to Reimpose Stay ($500)**
   **Adversary Proceeding ($375/hour)**
   **Miscellaneous Action ($400)**

   **7. If this is a Chapter 13 proceeding, I certify that I have provided the debtor with the statement entitled "Rights and Responsibilities".**
   **8. In addition to the overall fee structure, in the event that the case is dismissed or converted to a chapter 7 proceeding the chapter 13 trustee shall deliver to Debtor's Counsel the unpaid amount of the agreed upon fees up to:**
   **(i) $2,000.00 upon a pre-confirmation conversion or dismissal;**
   **(ii) the allowed fees upon a post-confirmation conversion or dismissal**
   **9. In addition to the attorney fees agreed upon above, Berry & Associates seeks an additional $388.00 advanced to the Debtor for filing, credit report and counseling, and tax transcript fees.**

<div style="border:1px solid black;">

CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.  Pursuant to General Order No. 9, I certify that I provided the Debtor a copy of the "Rights and Responsibilities Statement Between Chapter 13 Debtors and Their Attorneys".

| 03/05/2017 | /s/ Matthew T. Berry | |
| --- | --- | --- |
| *Date* | *Matthew T. Berry* | Bar No.  055663 |
| | Berry & Associates | |
| | 2751 Buford Hwy | |
| | Suite 600 | |
| | Atlanta, GA 30324 | |
| | Phone: (404) 235-3300 / Fax: (404) 235-3333 | |

</div>

Aaron Sales & Lease Ow
xxxx6785
309 E Paces Ferry
Atlanta, GA 30303


ADT Security Systems Inc.
Attn: False Alarm/CRD
10550 Deerwood Park Blvd. Bldg 400
Jacksonville, FL 32256


Alcovy Falls Community Association, Inc
Georgia Community Management Inc.
PO Box 2750
Loganville GA 30052


Alcovy Falls Homeowner's Association
Georgia Community Management
PO Box 2750
Loganville, Georgia 30052


Aldridge Connors, LTD
15 Piedmont Center
3575 Piedmont Road, NE Ste 500
Atlanta, GA 30305


Amca/American Medical Coll Agency
xxxxxxxxxxxxQQQQ
4 West Chester Plaza
Elmsford, NY 10523


Aspire
xxxxxxxxxxxx9938
Po Box 105555
Atlanta, GA 30348


Asset Acceptance
xxxxx7358
Attn: Bankrupcy Dept
PO Box 2036
Warren, MI 48090

Asset Acceptance
xxxxx3542
Attn: Bankrupcy Dept
PO Box 2036
Warren, MI 48090

Asset Acceptance Llc
xxxxx7358
Pob 1630
Warren, MI 48090


Back Bowl I, LLC
c/o Weinstein & Riley, PS
Po Box 3978
Seattle, WA 98124


Calvary Portfolio Services
xxxx9351
Attention:  Bankruptcy Department
500 Summit Lake Dr. Suite 400
Valhalla, NY 10595

Capital 1 Bank
xxxxxxxxxxxx9647
Attn: General Correspondence
PO Box  30285
Salt Lake City, UT 84130

Capital One
xxxxxxxxxxxx6764
Attn: General Correspondence/Bankruptcy
PO Box 30285
Salt Lake City, UT 84130

Capital One Auto Finance
xxxxxxxxxxxxx1001
3905 N Dallas Pkwy
Plano, TX 75093


Capital One, N.a.
xxxxxxxxxxxx9647
Capital One Bank (USA) N.A.
PO Box 30285
Salt Lake City, UT 84130

Cavalry Portfolio Service, LLC
500 Summit Lake Drive
Ste 400
Valhalla, NY 10595


Chase
xxxxxxxxxxxx7683
P.o. Box 15298
Wilmington, DE 19850

Chase
xxxxxxxxxxxx7418
P.o. Box 15298
Wilmington, DE 19850


Chase Bank USA, NA
7322 SW Freeway, Ste 1600
Houston, TX 77074-2053


Chela/Sallie Mae
xxxxxxxxxxxxxxxxxx0801
Attn: Claims Department
PO Box 9500
Wilkes-Barre, PA 18773

Child Support Enforcement/DCSS
Gwinnett County Branch
1000 Hurricane Shoals Road, NE Bldg A-10
Lawrenceville, GA  30043-4826


Choice One Dental Care
1930 Buford Mill Drive
Suite F
Buford, GA  30519


Citibank Sd, Na
xxxxxxxxxxxx6705
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195


Citibank Usa
xxxxxxxxxxxx6289
CITICORP CREDIT SERVICES/ATTN: CENTRALIZ
PO Box 20363
Kansas City, MO 64195


Citibank Usa
xxxxxxxxxxxx6289
Citicorp Credit Services/Attn:Centralize
PO Box 20507
Kansas City, MO 64195


Citibank/The Home Depot
xxxxxxxxxxxx6289
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
S Louis, MO 63129

```
Citifinancial
xxxxxxxxxxxx6417
PO Box 499
Hanover, MD 21076-0499


Citifinancial
xxxxxxxxxxxx0665
300 Saint Paul Pl
Baltimore, MD 21202


Citifinancial
xxxxxxxxxxxx6417
300 Saint Paul Pl
Baltimore, MD 21202


Citifinancial
xxxxxxxxxxxx0665
605 Munn Road
Fort Mill, SC 29715


Convergent Outsourcing
PO Box 9007
Renton, WA 98057



Credit One Bank
xxxxxxxxxxxx1627
PO Box 98873
Las Vegas, NV 89193


Dept Stores National Bank/Macys
c/o NCO Financial Systems, Inc
Po Box 4275
Norcross, GA 30091


Dsnb Macys
xxxxxxxxx2020
9111 Duke Blvd
Mason, OH 45040


Dsnb Macys
xxxxxxxxx2020
Po Box 8218
Mason, OH 45040
```

```
Ecmc
xxxxxxx0003
PO Box 64909
St. Paul, MN 55164


ECMC
Lockbox #8682
Po Box 16478
St. Paul, MN 55116


Ecmc
xxxxxxx0003
Capital One Retail Srvs/Attn: Bankruptcy
PO Box 30258
Salt Lake City, UT 84130


Ecmc
xxxxxxx0002
Capital One Retail Srvs/Attn: Bankruptcy
PO Box 30258
Salt Lake City, UT 84130


Ecmc
xxxxxxx0004
Capital One Retail Srvs/Attn: Bankruptcy
PO Box 30258
Salt Lake City, UT 84130


Ecmc
xxxxxxx0001
Capital One Retail Srvs/Attn: Bankruptcy
PO Box 30258
Salt Lake City, UT 84130


Enhanced Recovery Corp
xxxx8805
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 32256


Fac/nab
xxx3193
Attn: ABK Unit
PO Box 198988
Nashville, TN 37219


Family Practice Clinic P.C.
696 Grayson Hwy
Lawrenceville, Georgia 30046
```

First Premier
3820 N. Louise Ave.
Sioux Falls, SD 57107-0415


First Premier Bank
xxxxxxxxxxxx1131
3820 N Louise Ave
Sioux Falls, SD 57107


First Premier Bank
xxxxxxxxxxxx6689
601 S Minnesota Ave
Sioux Falls, SD 57104


Fst Premier
xxxxxxxxxxxx5954
601 S Minneapolis Ave
Sioux Falls, SD 57104


Gemb/walmart
xxxxxxxxxxxx5433
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076

Georgia Department of Revenue
1800 Century Blvd NE, Suite 17200
Bankruptcy Unit
Atlanta, GA 30345


Georgia Department of Revenue
Bankruptcy Unit
1800 Century Blvd, NE, Ste 9100
Atlanta, GA 30345


Gwinnett County Tax Commissioner
PO Box 372
Lawrenceville, GA  30046


Gwinnett Hospital System
Po Box 116228
Atlanta, GA 30368-6228

Gwinnett Medical Center
PO Box 116228
Atlanta, GA  30368


Gwinnett Surgical Associates
600 Professional Drive, Ste 250
Lawrenceville, GA 30045


HSBC Auto Finance / Santander
xxxxxxxxxx0234
Santander Consumer USA
PO Box 961245
Fort Worth, TX 76161

Hsbc Bank
xxxxxxxxxxxx9686
Po Box 5253
Carol Stream, IL 60197


Hsbc Bank
xxxxxxxxxxxx3982
Po Box 5253
Carol Stream, IL 60197


IC System
xxxxxxx2001
Attn: Bankruptcy
444 Highway 96 East; PO Box 64378
St. Paul, MN 55164

Ic Systems Inc
xxxxxxx2001
PO Box 64378
St. Paul, MN 55164


IC Systems, Inc
xxxxxxx2001
444 Highway 96 East
St Paul, MN 55127


Insolve Recovery, LLC
c/o Capital Recovery Group, LLC
Po Box 123203
Dallas, TX 75312

Internal Revenue Service
PO Box 7317
Philadelphia, PA 19101-7317


Jefferson Capital
xxxxxxxxx3003
16 McLeland Rd
Saint Cloud, MN 56303


Jefferson Capital
xxxxxxxxx5003
16 McLeland Rd
Saint Cloud, MN 56303


Jefferson Capital Systems, LLC
Po Box 953185
St. Louis, MO 63195


Kroger Check Recovery Center
PO Box 30650
Salt Lake City, UT  84130-0650


Lab Corp of America Holdings
PO Box 2240
Burlington, NC 27216-2240


Larina Weatherby
c/o Gwinnett County DFACS
446 W. Crogan St
Lawrenceville GA 30046


Larina Weathersby
1303 Glenleaf Drive
Norcross, GA 30092


Lvnv Funding Llc
xxxxxxxxxxxx1627
Po Box 740281
Houston, TX 77274

```
Mabt/contfin
xxxxxxxxxxxx5621
121 Continental Dr Ste 1
Newark, DE 19713


Med Data Sys
xxxxxx8463
2001 19th Ave Suite 312
Vero Beach, FL 32960


Mid Am B&T Credit Card
xxxxxxxxxxxx6053
PO Box 68
Ralla, MO 65402


Optimum Outcomes, Inc
xxxxx3730
2651 Warrenville Rd Ste 500
Suite 400
Downers Grove, IL 60515


Pawn Mart
7471 HWY 85 STE C and D
Riverdale, GA 30274


Portfolio Recovery Associates, LLC
Po Box 12914
Norfolk, VA 23541


Sallie Mae
xxxxxxxxxxxxxxxxxxxx0810
Attn: Navient
PO Box 9500
Wilkes-Barr, PA 18873


Santander
xxxxxxxxxxxx1000
Po Box 961245
Fort Worth, TX 76161


Santander Consumer Usa
xxxxxxxxxxxx1000
Po Box 961245
Ft Worth, TX 76161
```

```
SDCCBS 01
PO Box 1022
Wixom, MI  48393-1022



Sherwin P. Robin
PO Box 9541
Savannah, GA 31412-9541



Slm Financial Corp
xxxxxxxxxxxxxxxxxx0730
Po Box 9500
Wilkes Barre, PA 18773



Synchrony Bank/Walmart
xxxxxxxxxxxx5433
Attn: Bankruptcy
PO Box 956060
Orlando, FL 32896

The Cash Line
2 Pennsway
Ste #40
New Castle, DE 19720



US Auto Sales
2875 University Pkwy
Lawrenceville, GA 30043



US Dept of Hud
c/o Deval, LLC
1255 Corporate Drive, #300
Irving, TX 75038



Verve
PO Box 31292
Tampa, FL  33631-3292



Visa Dept Store National Bank/Macy's
xxxxxxx3120
Attn: Bankruptcy
PO Box 8053
Mason, OH 45040
```

Wells Fargo
PO Box 98751
Las Vegas, NV 89193-8751


Wells Fargo Bank, NA
One Home Campus
MAC #X2302-04C
Des Moines, IA 50328

Wells Fargo Hm Mortgag
xxxxxxxxx4382
8480 Stagecoach Cir
Frederick, MD 21701

Wells Fargo Home Mortgage
Po Box 10368
Des Moines, IA 50306-0368


White Hills Cash
5781 W. Sunrise Blvd.
Plantation FL 33313


Zale/Sterling Jewelers
xxxxxxxxxxxx6978
Attn.: Bankruptcy
PO Box 1799
Akron, OH 43309

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

Debtor 1     **Duane        Elliott        Alexander**
             First Name     Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name    Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number
(if known)

</td><td>

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☑ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☑ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 122C-1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

## Part 1:    Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $3,035.17 | |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse. | $0.00 | |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $0.00 | |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | | | | |
| Ordinary and necessary operating expenses | — $0.00 | — | | | |
| Net monthly income from a business, profession, or farm | $0.00 | | Copy here → | $0.00 | |

| Debtor 1 | **Duane** | **Elliott** | **Alexander** | Case number (if known) | _____ |
| | First Name | Middle Name | Last Name | | |

|  | Column A<br>**Debtor 1** | Column B<br>**Debtor 2 or<br>non-filing spouse** |
|---|---|---|

**6. Net income from rental and other real property**

|  | Debtor 1 | Debtor 2 |  |  |  |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | _____ | | | |
| Ordinary and necessary operating expenses | − $0.00 | − _____ | | | |
| Net monthly income from rental or other real property | $0.00 | _____ | Copy here → | $0.00 | _____ |

**7. Interest, dividends, and royalties** — $0.00 — _____

**8. Unemployment compensation** — $0.00 — _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: .................↓

For you.............................................................................. $0.00

For your spouse.................................................................. _____

**9. Pension or retirement income.**  Do not include any amount received that was a benefit under the Social Security Act. — $0.00 — _____

**10. Income from all other sources not listed above.**  Specify the source and amount.  Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.  If necessary, list other sources on a separate page and put the total below.

_____    _____  _____
_____    _____  _____

Total amounts from separate pages, if any.    + _____  + _____

**11. Calculate your total average monthly income.**  Add lines 2 through 10 for each column.  Then add the total for Column A to the total for Column B.    | $3,035.17 | + | _____ | = | $3,035.17 |

**Total average monthly income**

---

| **Part 2:** | **Determine How to Measure Your Deductions from Income** |
|---|---|

**12. Copy your total average monthly income from line 11.**  ...................................................................  $3,035.17

**13. Calculate the marital adjustment.**  Check one:

☑ You are not married.  Fill in 0 below.

☐ You are married and your spouse is filing with you.  Fill in 0 below.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose.  If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

_____    _____
_____    _____
_____ +  _____

Total..........................................................................................  $0.00    Copy here  →    − $0.00

**14. Your current monthly income.**  Subtract the total in line 13 from line 12.    $3,035.17

| Debtor 1 | **Duane** | **Elliott** | **Alexander** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**15. Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here ➡ ................................................................. $3,035.17

Multiply line 15a by 12 (the number of months in a year). X 12

15b. The result is your current monthly income for the year for this part of the form. ............ **$36,422.04**

**16. Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live. **Georgia**

16b. Fill in the number of people in your household. **1**

16c. Fill in the median family income for your state and size of household................................. **$42,735.00**
To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form. This list may also be available at the bankruptcy clerk's office.

**17. How do the lines compare?**

17a. ☑ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out Calculation of Your Disposable Income (Official Form 122C-2).

17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

## Part 3:    Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)

**18. Copy your total average monthly income from line 11.** ................................................. $3,035.17

**19. Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a. .................................. − $0.00

19b. **Subtract line 19a from line 18.** $3,035.17

**20. Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b ................................................................. $3,035.17

Multiply by 12 (the number of months in a year). X 12

20b. The result is your current monthly income for the year for this part of the form. ............ $36,422.04

20c. Copy the median family income for your state and size of household from line 16c. ......... **$42,735.00**

**21. How do the lines compare?**

☑ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* **Go to Part 4.**

☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* **Go to Part 4.**

## Part 4:    Sign Below

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X **/s/ Duane Elliott Alexander**              X _____
Duane Elliott Alexander, Debtor 1                Signature of Debtor 2

Date **3/5/2017**                               Date _____
MM / DD / YYYY                                   MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

| Debtor 1 | **Duane** | **Elliott** | **Alexander** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |